Date 2/4/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 11 2015

Abel Acosta, Clerk

Please respond ASAP.
Thank you.

I am writing this letter to inform you that

I have filed for a P.D.R. and I filed for a extention and they granted it on 9/22/2014

and gave me 30 days to get finish which the extention time was 10/28/14 and they got it on the 30th day of October so 1/28/15 I get a postcard saying that my P.D.R. was refused so I have no clue why was it refused and I have questions to ask cause I don't know where to go from here and I really need the following questions answered please

1. Why was the P.D.R. refused?

2. Is it too late to try to get it back on review?

3. ~~~~~~ If not please tell me how do I get it back on review? and what I need to do?

4. If yes to late please tell me what Do I do from here and what motion do I have to do?

- Cause right now I don't have a lawyer so I'm working by myself and I don't know legal but I

am not given up so please help me I know it probably wasn't completed or it was not sent in before deadline but I tried to learn but by the time I did it was too late so please help me I need instructions ASAP. please and Thank you.

Respectfully

Kwaylon Wilkins